

# Fourth Court of Appeals
## San Antonio, Texas

March 30, 2021

No. 04-21-00028-CV

**IN THE INTEREST OF N.M.B., A CHILD**

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-EM5-06049
Honorable Antonia Arteaga, Judge Presiding

# O R D E R

In the underlying cause, appellant filed a petition in intervention in a suit affecting the parent-child relationship. On January 20, 2021, the trial court signed an order dismissing her suit for lack of standing. On January 27, 2021, appellant filed a notice of appeal, stating her intent to appeal from the trial court's January 20, 2021 order. The clerk's record does not reflect that a final order has been signed disposing of all the pending parties and claims in the underlying suit affecting parent-child relationship. Thus, appellant appears to be appealing from an interlocutory order.

Unless an interlocutory appeal is expressly authorized by statute, we have jurisdiction only over an appeal taken from a final judgment. *Lehmann v. Har–Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). Section 109.002 of the Texas Family Code governs appeals in cases under Title Five of the Texas Family Code, which are suits affecting the parent-child relationship. *See* TEX. FAM. CODE § 109.002. Subsection (a) provides that "[a]n appeal from a final order rendered in a suit, when allowed under this section or under other provisions of law, shall be as in civil cases generally." *Id*. § 109.002(a). Subsection (b) provides that "[a]n appeal may be taken by any party to a suit from a final order rendered under this title." *Id*. § 109.002(b). Thus, a final order is necessary for an appellate court to have jurisdiction over these types of appeals in the absence of some other authority allowing interlocutory appeals. We cannot, however, find any statutory authority that allows a party to appeal from an interlocutory order that dismisses a party's suit for lack of standing.

Therefore, we ORDER appellant to show cause in writing by **April 15, 2021** why this appeal should not be dismissed for lack of jurisdiction. We suspend all appellate deadlines pending our determination of whether we have jurisdiction over this appeal.

_____
Liza A. Rodriguez, Justice

  IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of March, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court